# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **Hallford's Restaurant, LLC d/b/a Ala Carte Alley,**  <br><br> Plaintiff; <br><br> v. <br><br> **State Auto Property and Casualty Insurance Co. and John Does 1–10,** <br><br> Defendants. | Civil Action No. 4:18-cv-56-SA-JMV <br><br> **Order Granting Unopposed Motion to Stay Telephonic Case Management Conference** |

This matter is before the Court on Defendant State Auto Property and Casualty Insurance Co.'s unopposed motion [5] to stay the telephonic case management conference currently scheduled for 4/9/18 at 11:00 a.m. State Auto asks that the Court stay the case management conference for at least 45 days or that it otherwise reschedules it. Plaintiff Hallford's Restaurant, LLC d/b/a Ala Carte Alley does not oppose the requested relief. The Court, therefore, grants the motion.

IT IS, THEREFORE, ORDERED that the telephonic case management conference currently scheduled for 4/9/18 will be rescheduled for a later time. Separate notice of the same will issue.

This 5th day of April, 2018.

/s/   Jane M. Virden
U. S. Magistrate Judge