# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| Hallford's Restaurant, LLC d/b/a Ala Carte Alley, | Civil Action No. 4:18-cv-56-SA-JMV |
| Plaintiff; | |
| v. | |
| State Auto Property and Casualty Insurance Co. and John Does 1–10, | Agreed Final Judgment of Dismissal with Prejudice |
| Defendants. | |

This matter is before the Court on a joint motion Plaintiff Hallford's Restaurant, LLC d/b/a Ala Carte Alley and Defendant State Auto Property and Casualty Insurance Co. to dismiss this action with prejudice. These parties have announced that all claims and all claims that could have been asserted in the premises have been fully resolved and compromised by way of settlement.

The Court has been advised by Plaintiff and Defendant that this cause has been fully compromised and settled; that no issues to be litigated by or between the parties or adjudicated and determined by the Court remain; and that the parties have consented to entering this final judgment and have agreed that this cause should be dismissed with prejudice with the parties to bear their respective costs. Being fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT this action all claims in it, and all claims that could have been asserted in it are dismissed with prejudice with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, THIS the 19TH day of February, 2019.

_____
U.S. DISTRICT COURT JUDGE

Presented by:

_____
Dale G. Russell (MSB #10837)
Blake D. Smith (MSB #103255)
COPELAND, COOK, TAYLOR &
BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway
Ridgeland, Mississippi 39157
Post Office Box 6020
Ridgeland, Mississippi 39158
T+ 601.856.7200
F+ 601.856.7626
drussell@cctb.com
bsmith@cctb.com
*Attorneys for Defendant*

Agreed and approved:

_____
S. David Norquist
DAVID NORQUIST LAW, PLLC
Post Office Box 1379
Cleveland, Mississippi 38732
T+662.843.1500
*Attorneys for Plaintiff*